IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALDO FABRIZIO PARDINI,<br><br>Defendant. | CR 18-102-BLG-SPW<br><br>**ORDER** |

Defendant has filed an Unopposed Motion to Vacate Detention Hearing. (Doc. 33.) Accordingly,

IT IS ORDERED that the Detention Hearing presently set for August 16, 2018, is hereby **VACATED**.

DATED this 15th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge